UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONNA CONWAY, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:05CV2296 JCH |
| MICHAEL J. ASTRUE[1], | ) |
| Commissioner of Social Security, | ) |
| Defendant(s). | ) |

**ORDER**

This matter is before the Court on Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), filed February 15, 2007. (Doc. No. 18). In her motion, Plaintiff requests an award of attorney fees in the amount of $1,473.45. Defendant has filed no objections to Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Award of Attorney's Fees pursuant to the Equal Access to Justice Act (Doc. No. 18) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner of Social Security shall pay EAJA attorney fees in the amount of $1,473.45.

Dated this 1st day of March, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for Former Commissioner Jo Anne B. Barnhart, as proper party defendant in this cause.